UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM A. ARMS,
      Plaintiff,

v.                                            C.A. 10-400 S

U.S. MARSHALS, ET AL.,
      Defendants.

## ORDER

The Report and Recommendations of United States Magistrate Judge Jacob Hagopian filed on October 19, 2010 (document #3) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Plaintiff's Motion to Proceed *in forma pauperis* (document #2) is hereby DENIED and the Complaint is DISMISSED for failure to state a claim upon which relief may be granted.

ENTER:

_____
William E. Smith
United States District Judge

Date: 12/2/10